B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FEENEY EXCAVATING, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-4356078** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**24736 W. Canal Rd.**<br>**Channahon, IL**<br>ZIP Code **60410-0512** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 512**<br>**Channahon, IL**<br>ZIP Code **60410-0512** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FEENEY EXCAVATING, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FEENEY EXCAVATING, INC.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Chester H. Foster, Jr. ARDC**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC #03122632**
Printed Name of Attorney for Debtor(s)

**Foster Legal Services, PLLC**
Firm Name
**3825 W. 192nd Street**
**Homewood, IL 60430**

_____
Address

**Email: chf@fosterlegalservices.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**July  1, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Herbert Fishburn**
Signature of Authorized Individual
**Herbert Fishburn**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**July  1, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **FEENEY EXCAVATING, INC.** _____,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 14,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 815,226.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 188,848.61 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 228,723.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 14,500.00 | | |
| Total Liabilities | | | | 1,232,799.10 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **FEENEY EXCAVATING, INC.**                                          ,     Case No. _____

                                                    Debtor                  Chapter                        **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **FEENEY EXCAVATING, INC.**                                                           ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **FEENEY EXCAVATING, INC.**                                                 ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking account at BMO Harris Bank, NA, 78 N Chicago Street, Joliet IL 60432** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **FEENEY EXCAVATING, INC.**                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **One (1) account receivable in the amount of $2,000.00 Aged 224 days.The Debtor believes that it is uncollectible).** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Insurance refund from Northern Insurance. (Bank has lien on all of of debtor's assets).** | - | 12,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        12,000.00
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **FEENEY EXCAVATING, INC.**                                              ,   Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment and furnishings.(SEE ATTACHED LISTING) (Bank has lien on all of of debtor's assets).** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 2,500.00 |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **FEENEY EXCAVATING, INC.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **14,500.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

Miscellaneous office equipment and furnishings

1. Desk w/ draws (1)
2. 1- Oval work table
3. 2 draw metal file cabinet (2)
4. Wooden 2 draw file cabinet (1)
5. Safe file cabinet 2 draws (1)
6. Office Chairs (2)
7. Moveable up and down office chairs (2)
8. Metal file cabinets with 5 draws (4)
9. Computer desk with credenza (2)
10. Metal File cabinet with 2 doors and bottom draw (1)
11. Rolling metal file cabinet (1)

Total estimated value $2,500.00

B6D (Official Form 6D) (12/07)

In re    **FEENEY EXCAVATING, INC.**                                              ,    Case No. _____
                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxxxxxx1777** | | | | **Secured Line of Credit** | | | | | |
| **FIRST NATIONAL BANK OF DWIGHT** **122 W. MAIN STREET** **P.O. BOX 10** **Dwight, IL 60420** | X | - | | **ALL ASSETS OF DEBTOR** | | | | | |
| | | | | Value $              **14,500.00** | | | | **815,226.82** | **800,726.82** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **815,226.82** | **800,726.82** |
| Total (Report on Summary of Schedules) | **815,226.82** | **800,726.82** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13)

In re  **FEENEY EXCAVATING, INC.**                                ,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **FEENEY EXCAVATING, INC.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | **Unemployment contributions** | | | | | | |
| **Illinois Dept. Employment Security Bankruptcy Unit 33 S. State Street Chicago, IL 60603** | - | | | | | | | | **0.00** | |
| | | | | | | | | **18,000.00** | | **18,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **18,000.00** | **18,000.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **FEENEY EXCAVATING, INC.** _____,    Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section - Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | - | | **Unpaid 941 employee witholding taxes** | | | | 1,827.07 | 0.00 | 1,827.07 |
| Account No. **xx-xxx6078**<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-7346** | | | **2009-2011**<br><br>**SEE ATTACHED**<br><br>**(Unpaid 941 employee witholding taxes** | | | | 119,709.28 | 0.00 | 119,709.28 |
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114-7346** | - | | **2013**<br><br>**Unpaid 941 employee witholding taxes (2013)** | | | | 49,312.26 | 0.00 | 49,312.26 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal<br>(Total of this page) | | 170,848.61 | 0.00 | 170,848.61 |
| | | | | Total<br>(Report on Summary of Schedules) | | 188,848.61 | 0.00 | 188,848.61 |

| | SB |
|---|---|
| **Notice** | CP521 |
| **Notice date** | May 14, 2014 |
| **Social Security number** | XXX-XX-8562 |
| **Page 2 of 3** | |

## Your billing details

| Tax Year | Tax you owe | Failure-to-pay penalty | Interest charges | Total |
|---|---|---|---|---|
| 2009 | 4,591.29 | | 628.46 | 5,219.75 |
| 2010 | 22,991.57 | | 1,617.35 | 24,608.92 |
| 2010 | 23,325.43 | | 1,640.84 | 24,966.27 |
| 2010 | 17,551.20 | | 1,234.65 | 18,785.85 |
| 2010 | 20,509.20 | | 1,442.72 | 21,951.92 |
| 2011 | 6,473.60 | | 455.38 | 6,928.98 |
| 2011 | 8,321.56 | | 585.39 | 8,906.95 |
| 2011 | 7,855.47 | | 485.17 | 8,340.64 |
| **Remaining balance** | | | | **$119,709.28** |

## Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$8,089.96** |

The table below shows the rates used to calculate the interest on your unpaid amount due.  For a detailed calculation of your interest, call 1-800-829-8374.

| Period | Interest rate |
|---|---|
| April 1, 2009 through December 31, 2010 | 4% |
| January 1, 2011 through March 31, 2011 | 3% |

HERBERT J FISHBURN

| **Notice** | CP521 |
|---|---|

B6F (Official Form 6F) (12/07)

In re  **FEENEY EXCAVATING, INC.**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **AAA Silt Fencing, Inc.** 15525 S. Weber Road, Ste 102 Romeoville, IL 60446 | - | | Trade debt | | | | 3,724.50 |
| Account No.  **ACE Hardware** 855 S. Ridge Road Minooka, IL 60447 | - | | Trade debt | | | | 461.46 |
| Account No.  **Airgas North Central** P.O.Box 802588 Chicago, IL 60680-2588 | - | | Trade debt | | | | 381.53 |
| Account No.  **Allen J. Scheffer, CPA** PO Box 408 Minooka, IL 60447 | - | | Trade debt | | | | 2,085.00 |
| __8__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 6,652.49 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    S/N:34868-140604   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FEENEY EXCAVATING, INC.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-8000 | - | | | | | | | 4,869.00 |
| Account No. **xx LM 89** | | | | Judgment-13 LM 89 | | | | |
| C THOMPSON & SONS, INC. c/o Malmquist & Geiger 415 Liberty Street Morris, IL 60450 | - | | | | | | | 18,972.26 |
| Account No. | | | | Trade debt | | | | |
| Carroll Distributing 205 Iowa Ave. Ottumwa, IA 52501 | - | | | | | | | 119.00 |
| Account No. | | | | Trade debt | | | | |
| Central Limestone Company, Inc. 16805 Quarry Road Morris, IL 60450 | - | | | | | | | 2,846.00 |
| Account No. **xx-xx I769** | | | | Judgment-14-SC I769 | | | | |
| CHANNAHON TRACTOR & CRANE SERVICE C/O Troy and Associates 116 N. Chicago St., Suite 202 Joliet, IL 60432-4207 | - | | | | | | | 3,556.24 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 30,362.50 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **FEENEY EXCAVATING, INC.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Chicago Street CCDD, LLC 1127 S. Chicago St. Joliet, IL 60436 | - | | | | | | | 400.00 |
| Account No. | | | | Trade debt | | | | |
| Concrete Specialties 780 S. Material Road Romeoville, IL 60446 | - | | | | | | | 5,109.43 |
| Account No. | | | | Trade debt | | | | |
| Dellwood Tire 530 Mondamin St. Minooka, IL 60447 | - | | | | | | | 1,782.36 |
| Account No. | | | | Trade debt | | | | |
| Diamond Unlimited 307 Caton Farm Road Lockport, IL 60441 | - | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| GEHL COMPANY 143 WATER ST West Bend, WI 53095-3415 | - | | | | | | | 0.00 |

Sheet no. __2___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,291.79

B6F (Official Form 6F) (12/07) - Cont.

In re **FEENEY EXCAVATING, INC.** _____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx127-4** | | | | Trade debt | | | | |
| **HD Supply (Central) c/o RMC 400 W Cummings Park, Ste. 4450 Woburn, MA 01801** | - | | | | | | | 9,454.12 |
| Account No. | | | | Trade debt | | | | |
| **HD Supply Waterworks 18900 S. 82nd Street Mokena, IL 60448** | - | | | | | | | 8,420.82 |
| Account No. | | | | Trade debt | | | | |
| **Heil LLC, E.F. 12152 S. Naperville-Plainfield Rd. Plainfield, IL 60544** | - | | | | | | | 3,685.00 |
| Account No. | | | | Trade debt | | | | |
| **JOHN DEERE CONSTRUCTION & FORESTRY COMPANY 6400 NW 86TH ST Johnston, IA 50131-2945** | - | | | | | | | 0.00 |
| Account No. **x:xx-xx-x8922** | | | | JUDGMENT-1:13-cv-08922 | | | | |
| **LABORERS' PENSION FUND... ALLISON, SLUTSKY & KENNEDY, PC 230 W. MONROE ST., STE 2600 Chicago, IL 60606** | - | | | | | | | 16,009.82 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,569.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **FEENEY EXCAVATING, INC.**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lou Gaefke**<br>**23639 W.McClintock Road**<br>**Channahon, IL 60410** | | - | **Trade debt** | | | | 336.00 |
| Account No.<br><br>**Marathon**<br>**Wex Bank PO Box 6293**<br>**Carol Stream, IL 60197** | | - | **Trade debt** | | | | 3,732.82 |
| Account No.<br><br>**Marathon**<br>**Wex Bank PO Box 6293**<br>**Carol Stream, IL 60197** | | - | **Trade debt** | | | | 5,952.64 |
| Account No. **xx-xx-3153**<br><br>**Midwest Operating Eng. Welfare Fund**<br>**c/o Dale D Pierson**<br>**6141 Joliet Rd.**<br>**La Grange, IL 60525** | | - | **Union Benefits-14-cv-3153** | | | | 26,237.12 |
| Account No.<br><br>**Mining International**<br>**1955 Patterson Rd**<br>**Joliet, IL 60436** | | - | **Trade debt** | | | | 1,645.26 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,903.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **FEENEY EXCAVATING, INC.** _____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Morris Sand & Gravel, Inc. 1900 Cemetery Road Morris, IL 60450 | | | | | | | | 3,948.84 |
| Account No. | | - | | Trade debt | | | | |
| Nee-Corp P.O.Box 838 Hinckley, IL 60520 | | | | | | | | 3,025.00 |
| Account No. | | - | | Trade debt | | | | |
| Ozinga Transportaton, Inc 19001 Old LaGrange Road Mokena, IL 60448 | | | | | | | | 6,000.00 |
| Account No. | | - | | Trade debt | | | | |
| Palumbo Mangement CCDD 201 Christina Dr. Dundee, IL 60118 | | | | | | | | 5,940.00 |
| Account No. | | - | | Trade debt | | | | |
| Patten Industries Inc. 635 W. Lake Street Elmhurst, IL 60126 | | | | | | | | 4,596.00 |

| | | |
|---|---|---|
| Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 23,509.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **FEENEY EXCAVATING, INC.** _____ ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| PetroLiance PO BOX 636824 Cincinnati, OH 45263-6824 | - | | | | | | 1,994.93 |
| Account No. | | | Trade debt | | | | |
| Prairie Material 5185 Paysphere Circle Chicago, IL 60674 | - | | | | | | 1,903.07 |
| Account No. | | | Trade debt | | | | |
| Rental Max of Joliet 908 East Roosevelt Road Wheaton, IL 60187 | - | | | | | | 2,835.48 |
| Account No. | | | Trade debt | | | | |
| Roberts Brothers P.O. Box 887 Minooka, IL 60447 | - | | | | | | 6,621.25 |
| Account No. | | | Trade debt | | | | |
| Service Gas, Inc. 2295 North Rt 47 P.O. Box 189 Morris, IL 60450 | - | | | | | | 839.68 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,194.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FEENEY EXCAVATING, INC.**                                                      ,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Sexton Companies 2801 Lakeside Dr., Suite 100 Deerfield, IL 60015 | - | | | | | | | 2,870.00 |
| Account No. | | | | Trade debt | | | | |
| Spruce Lake Sand & Gravel 5435 Bull Valley Road, Suite 330 McHenry, IL 60050 | - | | | | | | | 3,161.01 |
| Account No. | | | | Trade debt | | | | |
| Sunbelt Rentals P.O.Box 409211 Atlanta, GA 30384-9211 | - | | | | | | | 4,097.79 |
| Account No. | | | | Trade debt | | | | |
| Transport Towing 2615 Brandon Road Joliet, IL 60436 | - | | | | | | | 152.50 |
| Account No. xx-xx-x1903 | | | | JUDGMENT-14-CV-01903 | | | | |
| TRUSTEES OF THE SUBURBAN TEAMSTERS C/O ARNOLD & KADJAN 203 N. LASALLE ST., STE. 1650 Chicago, IL 60601 | - | | | | | | | 40,839.93 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 51,121.23 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **FEENEY EXCAVATING, INC.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Underground Pipe & Valve Co. P.O.Box 279 Plainfield, IL 60544 | | - | | | | | 19,039.25 |
| Account No. | | | Trade debt | | | | |
| Welsch Red E Mix, Inc. 4243 W. 166th Street Oak Forest, IL 60452 | | - | | | | | 1,078.56 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 20,117.81 |
| | Total (Report on Summary of Schedules) | 228,723.67 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **FEENEY EXCAVATING, INC.** _____ ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.  State whether lease is for nonresidential real property.  State contract number of any government contract. |
|---|---|

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re  **FEENEY EXCAVATING, INC.** _____,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Herbert Fishburn**<br>**P.O. Box 551**<br>**Minooka, IL 60447** | **FIRST NATIONAL BANK OF DWIGHT**<br>**122 W. MAIN STREET**<br>**P.O. BOX 10**<br>**Dwight, IL 60420** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **FEENEY EXCAVATING, INC.**

Debtor(s)

Case No. _____

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July  1, 2014**

Signature  **/s/ Herbert Fishburn**

**Herbert Fishburn**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **FEENEY EXCAVATING, INC.**

Debtor(s)

Case No.
Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $59,019.00 | ORDINARY BUSINESS INCOME OF DEBTOR  AS REPORTED ON 2012 U.S. 1120 CORPORATE INCOME TAX RETURN |
| $0.00 | ORDINARY BUSINESS INCOME OF DEBTOR  AS REPORTED ON 2013 U.S. 1120 CORPORATE INCOME TAX RETURN <$11,604> |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **FIRST NATIONAL BANK OF DWIGHT**<br>**122 W. MAIN STREET**<br>**P.O. BOX 10**<br>**Dwight, IL 60420** | **SEE ATTACHED LISTING OF PAYMENT DATES** | **$321,000.00** | **$816,035.63** |
| **CHANNAHON TRACTOR & CRANE SERVICE**<br>C/O Troy and Associates<br>116 N. Chicago St., Suite 202<br>Joliet, IL 60432-4207 | **May 20, 2014** | **$4,100.00** | **$0.00** |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CHANNAHON TRACTOR & CRANE SERVICE Plaintiff, vs. FEENEY EXCAVATING, INC. Defendant.**<br>**H SC 1769** | **Collection** | **IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT WILL COUNTY** | **JUDGMENT** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS v. Feeney Excavating, Inc., an Illinois corporation and Herbert J. Fishburn, Individually 14-cv-1903** | **Collection** | **U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS** | **Pending** |
| **Laborers' Pension Fund and Laborers' Welfare Fund of he Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity** | **Collection** | **United States District Court Northern District of Illinois** | **Judgment** |
| **C THOMPSON & SONS, INC.V FEENEY EXCAVATING, ET. AL 13 L M 89** | **Collection** | **Circuit Court of the Thirteenth Circuit Grundy County  IL** | **JUDGMENT** |
| **Midwest Operating Engineers v. Feeney Excavating, IOnc. et. al. 14-cv-3153** | **Collection** | **US District Court Northern Disterict of Illinois** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Foster Legal Services, PLLC**<br>**3825 W. 192nd Street**<br>**Homewood, IL 60430** | **March 28, 2014** | **$5,000 legal fee** |

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See attached listing.** | | |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Herbert Fishburn**<br>**P.O. Box 551**<br>**Minooka, IL 60447** | **President** | **100% shareholder** |

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL                 OR DESCRIPTION AND
                                                             VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **July 1, 2014**          Signature **/s/ Herbert Fishburn**
                                         **Herbert Fishburn**
                                         **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

FEENEY EXCAVATING INC
ASSESTS THAT HAVE BEEN SOLD 2014

| Date | Sold | Buyer | Amount |
|------|------|-------|--------|
| 5/21/2014 | 2005 GMC Dump | Sold - D.Construction, Inc | $  20,000.00 |
| 5/9/2014 | Trench Box & Laser | Sold - Baisch Excavating, | $   4,500.00 |
| 5/1/2014 | 2004 Kentwork Semi | Sold - Melyx, Inc | $  23,000.00 |
| 4/29/2014 | JD750, Compactor,Honda Generator, | Sold - Edward Smith | $  36,600.00 |
| 4/22/2014 | 97 Trail King Trailer | Sold - Edward Smith | $  26,000.00 |
| 4/18/2014 | Cat 963, Mustang MTL,Snow Blade, Snow Pusher,93 Trailer,2006 Bobcat trailer,05 East Trailer | Edward Smith | $  90,900.00 |
| 4/8/2014 | 2- PC200 Kamtsu | Roland Machinery | $ 120,000.00 |
| | | | |
| 5/22/2014 | 1989 Ford L8000 Dump Truck | Richie Bros Auction | $  14,500.00 |
| 5/22/2014 | 2002 GMC Sierra Exted Cab 4x4 | Richie Bros Auction | $   5,500.00 |
| 5/22/2014 | 1989 Checy P/up | Richie Bros Auction | $   3,000.00 |
| 5/22/2014 | 2001 Chevy Pick up | Richie Bros Auction | $   3,000.00 |
| 5/22/2014 | 36 in. Excavator Bucket | Richie Bros Auction | $   1,500.00 |
| 5/22/2014 | 24 In. Excavator Bucket | Richie Bros Auction | $   2,100.00 |
| 5/22/2014 | 36 in. Excavator Bucket | Richie Bros Auction | $     700.00 |
| | | | |
| | **ALL PROCEEDS WERE PAID TO FIRST NATIONAL BANK OF DWIGHT** | | |
| | | | $ 351,300.00 |

## FEENEY EXCAVATING,INC

6/9/2014 2:27 PM

Register: 1020 · Harris Bank - Business Account

From 01/01/2014 through 06/09/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/02/2014 | 18431 | Fisher Auto Parts | 6300 · Truck Repairs | | 136.41 | X | | 2,148.86 |
| 01/04/2014 | 18432 | Auto Science | 6300 · Truck Repairs | | 408.04 | X | | 1,740.82 |
| 01/07/2014 | 18433 | Walmart | 6291 · Building Repairs | | 140.13 | X | | 1,600.69 |
| 01/07/2014 | 18434 | Fishburn, II, Herb | 7660 · Fuel Expense | Reimb for fuel | 64.09 | X | | 1,536.60 |
| 01/08/2014 | | | 1499 · Undeposited Fu... | MWRR | | X | 640.65 | 2,177.25 |
| 01/09/2014 | | | 1499 · Undeposited Fu... | St.anns | | X | 262.50 | 2,439.75 |
| 01/09/2014 | 18435 | Service Gas, Inc. | 2000 · Accounts Payable | Inv#56093 | 364.26 | X | | 2,075.49 |
| 01/09/2014 | 18436 | At&t | 2000 · Accounts Payable | | 133.98 | X | | 1,941.51 |
| 01/09/2014 | 18437 | ComED | 2000 · Accounts Payable | 0087015085 | 214.62 | X | | 1,726.89 |
| 01/09/2014 | 18438 | Liberty Mutual | 2000 · Accounts Payable | | 50.00 | X | | 1,676.89 |
| 01/09/2014 | 18439 | ACE Hardware | 2000 · Accounts Payable | | 103.11 | X | | 1,573.78 |
| 01/10/2014 | 18440 | Fisher Auto Parts | 6300 · Truck Repairs | | 36.21 | X | | 1,537.57 |
| 01/10/2014 | 18441 | Blue Cross Blue Shie... | 2000 · Accounts Payable | | 547.78 | X | | 989.79 |
| 01/10/2014 | 18444 | Underground Pipe & ... | 2000 · Accounts Payable | 170408 | 200.00 | X | | 789.79 |
| 01/13/2014 | 18442 | Fishburn, Herb J. | 2011 · Loan from Stoc... | | 1,000.00 | X | | -210.21 |
| 01/14/2014 | | | 1499 · Undeposited Fu... | Wilson | | X | 7,125.00 | 6,914.79 |
| 01/14/2014 | 18443 | First National Bank o... | 2065 · Bank of Dwight ... | | 4,250.00 | X | | 2,664.79 |
| 01/17/2014 | 1-04-14 | Verizon Wireless | 2000 · Accounts Payable | PHONE PAY... | 341.68 | X | | 2,323.11 |
| 01/17/2014 | 18445 | Channahon Tractor ... | 2000 · Accounts Payable | 50492 | 200.00 | X | | 2,123.11 |
| 01/20/2014 | | | 1499 · Undeposited Fu... | sT.ANNS | | X | 637.50 | 2,760.61 |
| 01/20/2014 | 18446 | Fisher Auto Parts | 6300 · Truck Repairs | | 229.53 | X | | 2,531.08 |
| 01/23/2014 | 18452 | U.S.Treasury | 7613 · Federal Taxes | | 100.00 | X | | 2,431.08 |
| 01/27/2014 | 18447 | Rondo Enterprises, Inc | 6300 · Truck Repairs | | 189.75 | X | | 2,241.33 |
| 01/27/2014 | 18448 | Fishburn, Herb J. | 2011 · Loan from Stoc... | | 1,500.00 | X | | 741.33 |
| 01/27/2014 | 18449 | Fishburn, II, Herb | 7660 · Fuel Expense | Reimb for fuel | 750.00 | X | | -8.67 |
| 01/27/2014 | 18450 | Prairie Material | 7100 · Job materials | | | X | | -8.67 |
| 01/27/2014 | 18451 | Village of Diamond | 6230 · Licenses and Pe... | | 100.00 | X | | -108.67 |
| 01/30/2014 | | | 1499 · Undeposited Fu... | St. Clair | | X | 7,774.03 | 7,665.36 |
| 01/30/2014 | 01/19/14 | First Insurance Fundi... | 6180 · Insurance | paid on line | 2,791.47 | X | | 4,873.89 |
| 01/30/2014 | 01/24/14 | Citgo Petroleum Cor... | 2000 · Accounts Payable | paid on line AI... | 2,287.16 | X | | 2,586.73 |
| 01/30/2014 | 1/30/14 | Sunbelt Rentals | 2000 · Accounts Payable | pd on phone | 200.00 | X | | 2,386.73 |
| 01/30/2014 | 2-1-14 | American Express | 2000 · Accounts Payable | phone payment | 300.00 | X | | 2,086.73 |
| 01/30/2014 | 18454 | Blue Cross Blue Shie... | 2000 · Accounts Payable | | 615.72 | X | | 1,471.01 |
| 01/31/2014 | | | 6120 · Bank Service C... | Deposit | | X | 35.00 | 1,506.01 |
| 01/31/2014 | | | 6120 · Bank Service C... | Service Charge | 30.20 | X | | 1,475.81 |
| 01/31/2014 | 18455 | Herbert J. Fishburn | 2011 · Loan from Stoc... | | 1,500.00 | X | | -24.19 |
| 02/04/2014 | 18457 | Herbert J. Fishburn | 6300 · Truck Repairs | | 96.62 | X | | -120.81 |
| 02/05/2014 | | | 1499 · Undeposited Fu... | St. Anns | | X | 525.00 | 404.19 |
| 02/05/2014 | | | 1499 · Undeposited Fu... | Willard grove | | X | 880.00 | 1,284.19 |
| 02/11/2014 | 18456 | Service Gas, Inc. | 2000 · Accounts Payable | Inv#58100 | 623.82 | X | | 660.37 |

## FEENEY EXCAVATING, INC

6/9/2014 2:27 PM

Register: 1020 · Harris Bank - Business Account
From 01/01/2014 through 06/09/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/11/2014 | 18458 | Service Gas, Inc. | 2000 · Accounts Payable | Inv#56093 | 560.04 | X | | 100.33 |
| 02/12/2014 | | | 1499 · Undeposited Fu... | Wilson Landsc... | | X | 4,750.00 | 4,850.33 |
| 02/12/2014 | 18459 | First National Bank o... | 2065 · Bank of Dwight ... | | 4,250.00 | X | | 600.33 |
| 02/14/2014 | 02/04/14 | Verizon Wireless | 2000 · Accounts Payable | phone payment... | 341.93 | X | | 258.40 |
| 02/17/2014 | 18460 | Concrete Specialties | 2000 · Accounts Payable | 31852 | 300.00 | X | | -41.60 |
| 02/18/2014 | | | 1499 · Undeposited Fu... | St. Anns | | X | 525.00 | 483.40 |
| 02/19/2014 | 18462 | G & M Auto Service | 6300 · Truck Repairs | | 880.46 | X | | -397.06 |
| 02/19/2014 | 18463 | G & M Auto Service | 6300 · Truck Repairs | | 49.84 | X | | -446.90 |
| 02/24/2014 | 18464 | U.S.Treasury | 7613 · Federal Taxes | | 100.00 | X | | -546.90 |
| 02/28/2014 | | | 1499 · Undeposited Fu... | St. Ann | | X | 300.00 | -246.90 |
| 02/28/2014 | | Harris Bank Joliet. N... | 6120 · Bank Service C... | Monthly servic... | 27.14 | X | | -274.04 |
| 03/03/2014 | | | 1499 · Undeposited Fu... | Wilson | | X | 6,450.00 | 6,175.96 |
| 03/03/2014 | 2-09-14 | First Insurance Fundi... | 6180 · Insurance | Phone payment | 2,791.47 | X | | 3,384.49 |
| 03/03/2014 | 2-24-14 | Citgo Petroleum Cor... | 2000 · Accounts Payable | pd on line | 1,766.67 | X | | 1,617.82 |
| 03/03/2014 | 3-1-14 | American Express | 2000 · Accounts Payable | Phone payment... | 151.00 | X | | 1,466.82 |
| 03/03/2014 | 18465 | Fisher Auto Parts | 6300 · Truck Repairs | | 118.02 | X | | 1,348.80 |
| 03/03/2014 | 18470 | HD Supply Waterwo... | 2000 · Accounts Payable | B156221 | 300.00 | X | | 1,048.80 |
| 03/04/2014 | | | 1499 · Undeposited Fu... | Willard Grove | | X | 200.00 | 1,248.80 |
| 03/04/2014 | 18467 | Herbert J. Fishburn | 6300 · Truck Repairs | | 372.94 | X | | 875.86 |
| 03/04/2014 | 18468 | At&t | 2000 · Accounts Payable | | 149.04 | X | | 726.82 |
| 03/04/2014 | 18469 | ComED | 2000 · Accounts Payable | 0087015085 | 218.90 | X | | 507.92 |
| 03/13/2014 | 18472 | Kleinhoffer Manufac... | 6300 · Truck Repairs | | 160.23 | | | 347.69 |
| 03/14/2014 | 18473 | At&t | 6340 · Telephone | | 137.47 | X | | 210.22 |
| 03/17/2014 | | | 1499 · Undeposited Fu... | St.Anns | | X | 225.00 | 435.22 |
| 03/18/2014 | 18471 | Allen J. Scheffer, CPA | 2000 · Accounts Payable | | 800.00 | X | | -364.78 |
| 03/19/2014 | | | -split- | Willard/Roland... | | X | 2,120.00 | 1,755.22 |
| 03/19/2014 | 18474 | Joliet Suspension | 6300 · Truck Repairs | | 30.76 | X | | 1,724.46 |
| 03/19/2014 | 18475 | Minarich Graphics &... | 2000 · Accounts Payable | 339967 | 93.36 | X | | 1,631.10 |
| 03/19/2014 | 18476 | Joliet Suspension | 6300 · Truck Repairs | | 19.73 | X | | 1,611.37 |
| 03/20/2014 | | | 7640 · Union Dues Exp... | Operators refund | | X | 155.24 | 1,766.61 |
| 03/20/2014 | 3-4-14 | Verizon Wireless | 2000 · Accounts Payable | Phone payment | 339.62 | X | | 1,426.99 |
| 03/24/2014 | | | 1499 · Undeposited Fu... | ST Anns | | X | 112.50 | 1,539.49 |
| 03/24/2014 | 03-30-14 | Harris Bank Joliet, N... | 6120 · Bank Service C... | Stop payment | 35.00 | X | | 1,504.49 |
| 03/24/2014 | 18477 | G & M Auto Service | 6300 · Truck Repairs | | 880.46 | X | | 624.03 |
| 03/24/2014 | 18478 | Fisher Auto Parts | 6300 · Truck Repairs | | 58.87 | X | | 565.16 |
| 03/24/2014 | 18479 | U.S.Treasury | 7613 · Federal Taxes | | 100.00 | X | | 465.16 |
| 03/26/2014 | 18481 | Dupre Inc., Darryl A. | 6300 · Truck Repairs | | 5.19 | X | | 459.97 |
| 03/27/2014 | 18483 | Fisher Auto Parts | 6300 · Truck Repairs | | 24.97 | X | | 435.00 |
| 03/28/2014 | | | 1499 · Undeposited Fu... | JIM RICE | | X | 6,080.00 | 6,515.00 |
| 03/28/2014 | 18484 | Herbert J. Fishburn | 2011 · Loan from Stoc... | | 4,000.00 | X | | 2,515.00 |

FEENEY EXCAVATING, INC

6/9/2014 2:27 PM

Register: 1020 · Harris Bank - Business Account
From 01/01/2014 through 06/09/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/31/2014 | | | 6120 · Bank Service C... | Service Charge | 31.29 | X | | 2,483.71 |
| 03/31/2014 | 03-31-13 | Harris Bank Joliet, N... | 7612 · Penalties | payroll taxes 2... | 2,305.19 | X | | 178.52 |
| 03/31/2014 | 03/31/14 | Sprint | 6340 · Telephone | Acc#84930151... | 530.01 | X | | -351.49 |
| 04/01/2014 | | | -split- | Deposit | | X | 2,529.36 | 2,177.87 |
| 04/01/2014 | 18485 | Ace Iron Metal | 6310 · Equipment Repa... | | 500.00 | X | | 1,677.87 |
| 04/01/2014 | 18486 | Herbert J. Fishburn | -split- | | 110.05 | X | | 1,567.82 |
| 04/11/2014 | 18487 | Herbert J. Fishburn | 7660 · Fuel Expense | | 411.00 | X | | 1,156.82 |
| 04/15/2014 | 6790 | Concrete Specialties | 2000 · Accounts Payable | 31852 | 1,000.00 | X | | 156.82 |
| 04/16/2014 | | | 1499 · Undeposited Fu... | Wilson | | X | 4,750.00 | 4,906.82 |
| 04/16/2014 | 03/21/13 | Citgo Petroleum Cor... | 7660 · Fuel Expense | Phone paymnet | 346.13 | X | | 4,560.69 |
| 04/17/2014 | 03/28/14 | At&t | 2000 · Accounts Payable | Phone payment | 154.98 | X | | 4,405.71 |
| 04/17/2014 | 04/04/14 | Verizon Wireless | 2000 · Accounts Payable | phone payment | 339.59 | X | | 4,066.12 |
| 04/17/2014 | 04/04/14 | ComED | 2000 · Accounts Payable | 0087015085 P... | 401.81 | X | | 3,664.31 |
| 04/17/2014 | 04/17/14 | Marathon | 2000 · Accounts Payable | On line payment | 1,488.00 | X | | 2,176.31 |
| 04/17/2014 | 18480 | WasteBox South | 2000 · Accounts Payable | Inv#63047 | 450.00 | X | | 1,726.31 |
| 04/17/2014 | 18491 | Underground Pipe &... | 2000 · Accounts Payable | 170163 | 125.00 | X | | 1,601.31 |
| 04/17/2014 | 18492 | Herbert J. Fishburn | 2011 · Loan from Stoc... | | 2,000.00 | X | | -398.69 |
| 04/19/2014 | 04/18/14 | Patten Industries, Inc | 2000 · Accounts Payable | Phone payment | 715.00 | X | | -1,113.69 |
| 04/23/2014 | 18493 | U.S.Treasury | 7613 · Federal Taxes | | 100.00 | X | | -1,213.69 |
| 04/25/2014 | | | 1499 · Undeposited Fu... | Elmwood | | X | 7,574.36 | 6,360.67 |
| 04/25/2014 | 18494 | Kleinhoffer Manufac... | 6300 · Truck Repairs | | 433.14 | X | | 5,927.53 |
| 04/25/2014 | 18495 | Herbert J. Fishburn | 2011 · Loan from Stoc... | | 2,500.00 | X | | 3,427.53 |
| 04/25/2014 | 18496 | McCoy Service, Inc | 2000 · Accounts Payable | 51565 | 1,170.00 | X | | 2,257.53 |
| 04/25/2014 | 18497 | I-55 Auto Salvage | 2000 · Accounts Payable | | 501.00 | X | | 1,756.53 |
| 04/27/2014 | 04/27/14 | Universal Premuim F... | 7660 · Fuel Expense | Paid on line | 184.38 | X | | 1,572.15 |
| 04/29/2014 | 18498 | Fisher Auto Parts | 6300 · Truck Repairs | | 178.53 | X | | 1,393.62 |
| 04/30/2014 | 6790-1 | Rick's R.V.Center, Inc. | 6300 · Truck Repairs | | 29.36 | X | | 1,364.26 |
| 04/30/2014 | 04-11-14 | Marathon | 2000 · Accounts Payable | Phone payment | 500.00 | X | | 864.26 |
| 04/30/2014 | 04-30 | Harris Bank Joliet, N... | 6120 · Bank Service C... | Monthly servic... | 26.40 | X | | 837.86 |
| 04/30/2014 | 1121 | Zep Manufacturing C... | 2000 · Accounts Payable | 9000649745 | 233.79 | | | 604.07 |
| 04/30/2014 | 2-21-17R | | 4000 · Reconciliation ... | Balance Adjust... | | X | 108.66 | 712.73 |
| 05/01/2014 | 05/01/14 | American Express | 2000 · Accounts Payable | Phone payment... | 250.00 | X | | 462.73 |
| 05/02/2014 | 6790-2 | Fisher Auto Parts | 6300 · Truck Repairs | | 174.82 | X | | 287.91 |
| 05/02/2014 | 5-2-14 | Sunbelt Rentals | 2000 · Accounts Payable | Phone Payment | 200.00 | X | | 87.91 |
| 05/08/2014 | | | -split- | Loan/Crystal | | X | 2,060.00 | 2,147.91 |
| 05/09/2014 | | | 1499 · Undeposited Fu... | B&B | | X | 13,561.63 | 15,709.54 |
| 05/09/2014 | 11-24-13 | Marathon | 2000 · Accounts Payable | Phone payment | 312.74 | X | | 15,396.80 |
| 05/09/2014 | 6790 | Herbert J. Fishburn | 2011 · Loan from Stoc... | | 8,000.00 | X | | 7,396.80 |
| 05/09/2014 | 6791 | McCoy Service, Inc | 2000 · Accounts Payable | | 1,168.59 | X | | 6,228.21 |
| 05/09/2014 | 6792 | Minarich Graphics &... | 2000 · Accounts Payable | 339967 | 255.77 | X | | 5,972.44 |

Page 3

## FEENEY EXCAVATING, INC

6/9/2014 2:27 PM

Register: 1020 · Harris Bank - Business Account

From 01/01/2014 through 06/09/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/13/2014 | 05/12/14 | Universal Premuim F... | 7660 · Fuel Expense | Paid on line | 1,151.62 | X | | 4,820.82 |
| 05/14/2014 | 04/27/14 | At&t | 6340 · Telephone | Phone Payment... | 140.85 | X | | 4,679.97 |
| 05/14/2014 | 04/27/15 | ComED | 6390 · Utilities | Phone payment... | 203.69 | X | | 4,476.28 |
| 05/14/2014 | 18500 | Laborers' Pension & ... | 7640 · Union Dues Exp... | | 500.00 | | | 3,976.28 |
| 05/15/2014 | F-Check | Channahon Tractor ... | 6310 · Equipment Repa... | Forced check n... | 4,055.30 | X | | -79.02 |
| 05/15/2014 | 05/14/14 | Patten Industries, Inc | 2000 · Accounts Payable | Phone payment | 715.00 | X | | -794.02 |
| 05/15/2014 | 05/31/14 | Harris Bank Joliet, N... | 6120 · Bank Service C... | Service fee for ... | 135.00 | X | | -929.02 |
| 05/19/2014 | 05/04/14 | Verizon Wireless | 6340 · Telephone | Phone payment | 829.72 | X | | -1,758.74 |
| 05/22/2014 | | | 1499 · Undeposited Fu... | Dow | | X | 6,704.00 | 4,945.26 |
| 05/23/2014 | F-CHECK | Channahon Tractor ... | 2000 · Accounts Payable | fORCED CHE... | 3,077.10 | X | | 1,868.16 |
| 05/23/2014 | 1122 | Herbert J. Fishburn | 2011 · Loan from Stoc... | | 1,500.00 | X | | 368.16 |
| 05/27/2014 | 1123 | U.S.Treasury | 7613 · Federal Taxes | | 100.00 | | | 268.16 |
| 05/31/2014 | 1124 | Harris Bank Joliet, N... | 6120 · Bank Service C... | Monthly servic... | 28.42 | X | | 239.74 |
| 06/01/2014 | 06/01/14 | American Express | 2000 · Accounts Payable | Phone payment | 162.00 | | | 77.74 |
| 06/09/2014 | 05/27/14 | At&t | 6340 · Telephone | Phone Payment | 152.03 | | | -74.29 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **FEENEY EXCAVATING, INC.**                        Case No.

                                        Debtor(s)                  Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July  1, 2014**                         **/s/ Chester H. Foster, Jr. ARDC**
                                                          **Chester H. Foster, Jr. ARDC #03122632**
                                                            **Foster Legal Services, PLLC**
                                                              **3825 W. 192nd Street**
                                                              **Homewood, IL 60430**
                                                              **708-799-6300  Fax: 708-799-6339**
                                                              **chf@fosterlegalservices.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **FEENEY EXCAVATING, INC.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      **45**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 1, 2014**

**/s/ Herbert Fishburn**

**Herbert Fishburn/President**
Signer/Title

AAA Silt Fencing, Inc.
15525 S. Weber Road, Ste 102
Romeoville, IL 60446


ACE Hardware
855 S. Ridge Road
Minooka, IL 60447


Airgas North Central
P.O.Box 802588
Chicago, IL 60680-2588


Allen J. Scheffer, CPA
PO Box 408
Minooka, IL 60447


American Express
PO Box 0001
Los Angeles, CA 90096-8000


C THOMPSON & SONS, INC.
c/o Malmquist & Geiger
415 Liberty Street
Morris, IL 60450


Carroll Distributing
205 Iowa Ave.
Ottumwa, IA 52501


Central Limestone Company, Inc.
16805 Quarry Road
Morris, IL 60450


CHANNAHON TRACTOR & CRANE SERVICE
C/O Troy and Associates
116 N. Chicago St., Suite 202
Joliet, IL 60432-4207


Chicago Street CCDD, LLC
1127 S. Chicago St.
Joliet, IL 60436


Concrete Specialties
780 S. Material Road
Romeoville, IL 60446

Dellwood Tire
530 Mondamin St.
Minooka, IL 60447


Diamond Unlimited
307 Caton Farm Road
Lockport, IL 60441


FIRST NATIONAL BANK OF DWIGHT
122 W. MAIN STREET
P.O. BOX 10
Dwight, IL 60420


GEHL COMPANY
143 WATER ST
West Bend, WI 53095-3415


HD Supply (Central)
c/o RMC
400 W Cummings Park, Ste. 4450
Woburn, MA 01801


HD Supply Waterworks
18900 S. 82nd Street
Mokena, IL 60448


Heil LLC, E.F.
12152 S. Naperville-Plainfield Rd.
Plainfield, IL 60544


Herbert Fishburn
P.O. Box 551
Minooka, IL 60447


Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 W. Randolph Street
Chicago, IL 60601


Illinois Dept. Employment Security
Bankruptcy Unit
33 S. State Street
Chicago, IL 60603

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-7346


JOHN DEERE CONSTRUCTION &
FORESTRY COMPANY
6400 NW 86TH ST
Johnston, IA 50131-2945


LABORERS' PENSION FUND...
ALLISON, SLUTSKY & KENNEDY, PC
230 W. MONROE ST., STE 2600
Chicago, IL 60606


Lou Gaefke
23639 W.McClintock Road
Channahon, IL 60410


Marathon
Wex Bank PO Box 6293
Carol Stream, IL 60197


Midwest Operating Eng. Welfare Fund
c/o Dale D Pierson
6141 Joliet Rd.
La Grange, IL 60525


Mining International
1955 Patterson Rd
Joliet, IL 60436


Morris Sand & Gravel, Inc.
1900 Cemetery Road
Morris, IL 60450


Nee-Corp
P.O.Box 838
Hinckley, IL 60520


Ozinga Transportaton, Inc
19001 Old LaGrange Road
Mokena, IL 60448

Palumbo Mangement CCDD
201 Christina Dr.
Dundee, IL 60118


Patten Industries Inc.
635 W. Lake Street
Elmhurst, IL 60126


PetroLiance
PO BOX 636824
Cincinnati, OH 45263-6824


Prairie Material
5185 Paysphere Circle
Chicago, IL 60674


Rental Max of Joliet
908 East Roosevelt Road
Wheaton, IL 60187


Roberts Brothers
P.O. Box 887
Minooka, IL 60447


Service Gas, Inc.
2295 North Rt 47
P.O. Box 189
Morris, IL 60450


Sexton Companies
2801 Lakeside Dr., Suite 100
Deerfield, IL 60015


Spruce Lake Sand & Gravel
5435 Bull Valley Road, Suite 330
McHenry, IL 60050


Sunbelt Rentals
P.O.Box 409211
Atlanta, GA 30384-9211


Transport Towing
2615 Brandon Road
Joliet, IL 60436

TRUSTEES OF THE SUBURBAN TEAMSTERS
C/O ARNOLD & KADJAN
203 N. LASALLE ST., STE. 1650
Chicago, IL 60601


Underground Pipe & Valve Co.
P.O.Box 279
Plainfield, IL 60544


Welsch Red E Mix, Inc.
4243 W. 166th Street
Oak Forest, IL 60452

# United States Bankruptcy Court
## Northern District of Illinois

In re   **FEENEY EXCAVATING, INC.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FEENEY EXCAVATING, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  1, 2014**

Date

**/s/ Chester H. Foster, Jr. ARDC**

**Chester H. Foster, Jr. ARDC #03122632**

Signature of Attorney or Litigant

Counsel for   **FEENEY EXCAVATING, INC.**

**Foster Legal Services, PLLC**
**3825 W. 192nd Street**
**Homewood, IL 60430**
**708-799-6300 Fax:708-799-6339**
**chf@fosterlegalservices.com**